UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BEARING TREE LAND SURVEYING, LLC** | § § § § § | |
| Plaintiff, | | |
| v. | § § § | Cause No. 5:15-cv-01337-M |
| **SEQUOIA INSURANCE COMPANY and AMTRUST NORTH AMERICA, INC.** | § § § § § | |
| Defendants. | § | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Bearing Tree Land Surveying, LLC and Defendants Sequoia Insurance Company and AmTrust North America, Inc., that – having settled their dispute – this civil action is voluntarily dismissed with prejudice, and without costs to either party, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 27, 2017

*/s/ Leo John Jordan*
Leo John Jordan
Texas SBN: 11014700
(Admitted *Pro Hac Vice*)
**ATTORNEY FOR DEFENDANTS
SEQUOIA INSURANCE COMPANY
AMTRUST NORTH AMERICA, INC.
TOLLEFSON BRADLEY MITCHELL
& MELENDI, LLC**
2811 McKinney Avenue
Suite 250 West
Dallas, TX 75204
Phone: 214-665-0100
Fax: 214-665-0199

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)1**

leojordan@tbmmlaw.com

and

/s/ *Michael C. Felty*
Michael C. Felty, OBA #10804
Matthew K. Felty, OBA #31057
**ATTORNEYS FOR DEFENDANTS
SEQUOIA INSURANCE COMPANY
AMTRUST NORTH AMERICA, INC.
LYTLE, SOULÉ &CURLIEE, P.C.**
1200 Robinson Renaissance
119 N. Robinson Avenue
Oklahoma City, OK 73102
Phone: 405-235-7471
Fax: 405-232-3852
felty@lytlesoule.com
mkfelty@lytlesoule.com

and

*/s/ Stephen L. McCaleb*
Stephen L. McCaleb, OBA # 15649
**ATTORNEY FOR PLAINTIFF
DERRYBERRY NAIFEH, LLP**
4800 N. Lincoln Boulevard
Oklahoma City, OK 73105
Phone:  405-528-6569
Fax:  405-528-6462
smccaleb@derryberrylaw.com

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) 2**